## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAKISHA PERRY, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | Case No. 1:24-cv-07998 |
| v. | Honorable Manish S. Shah |
| OMNITRACS, LLC, | Magistrate Judge Jeffrey Cole |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FRCP 41(a)(1)(A)(i)

Federal Rule of Civil Procedure 41 allows a plaintiff to voluntarily dismiss an action without a court order before the opposing party serves an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). At the time of the instant filing, Defendant in this action has served neither answer nor motion for summary judgment. Pursuant to Rule 41, Plaintiff files this notice of voluntary dismissal without prejudice.

Dated: February 24, 2025	Respectfully submitted,
	 /s/ Mara Baltabols
	David Fish
	Mara Baltabols
	**WORKPLACE LAW PARTNERS, P.C.**
	155 N. Michigan Ave., Suite 719
	Chicago, IL 60601
	(630) 355-7590
	dfish@fishlawfirm.com
	mara@fishlawfirm.com

	Douglas M. Werman
	Maureen A. Salas
	Sarah J. Arendt
	**WERMAN SALAS P.C.**
	77 W. Washington Street, Suite 1402
	Chicago, Illinois 60602
	(312) 419-1008
	dwerman@flsalaw.com
	sarendt@flsalaw.com
	msalas@flsalaw.com
	*Attorneys for Plaintiff*

Dated: February 24, 2025          Respectfully submitted,

                                                 /s/ Mara Baltabols
David Fish
Mara Baltabols
**WORKPLACE LAW PARTNERS, P.C.**
155 N. Michigan Ave., Suite 719
Chicago, IL 60601
(630) 355-7590
dfish@fishlawfirm.com
mara@fishlawfirm.com

Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
dwerman@flsalaw.com
sarendt@flsalaw.com
msalas@flsalaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Mara Baltabols, an attorney, hereby certify that on February 24, 2025, I caused the foregoing to be filed with the clerk of court using the Court's CM/ECF system, which will serve electronic notice upon all parties of record.

 /s/ Mara Baltabols
*One of Plaintiff's Attorneys*