**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Lakisha Perry
      Plaintiff,

v.              Case No.: 1:24−cv−07998
              Honorable Manish S. Shah

Omnitracs, LLC
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

  MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [21], this case is dismissed without prejudice. The motion to dismiss [16] is terminated as moot. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.